**Opinion filed August 6, 2026**



In The

# Eleventh Court of Appeals

_____

## No. 11-26-00091-CV
_____

## MIDLAND COUNTY UTILITY DISTRICT, Appellant

## V.

## PARK WATER COMPANY; PALEO LAND COMPANY, LLC; AND PERMIAN BASIN WATER RESOURCES, LLC, Appellees

**On Appeal from the 441st District Court**

**Midland County, Texas**

**Trial Court Cause No. DCV-26-00091**

## M E M O R A N D U M   O P I N I O N

This is an accelerated appeal from the trial court's order granting Appellees' application for temporary injunction and its order denying Appellant's plea to the jurisdiction. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(a)(4), (8) (West Supp. 2025). Appellant has now filed an agreed motion to dismiss the appeal pursuant to Rule 42.1(a) of the Texas Rules of Appellate Procedure. TEX. R. APP. P. 42.1(a). In the motion, Appellant states that the parties have entered into a settlement agreement and request that we dismiss the appeal.

We grant Appellant's motion and dismiss this appeal.


JOHN M. BAILEY

CHIEF JUSTICE


August 6, 2026

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.